No. 854. Moon *v.* Union Central Life Insurance Co. et al. May 27, 1940. *Ante,* p. 624.

No. 915. Southern Service Co., Ltd. *v.* County of Los Angeles et al. May 27, 1940. *Ante,* p. 610.

No. 179. Jones *v.* Page et al.;
No. 188. Jacobs *v.* New York; and
No. 457. Gans Steamship Line *v.* United States. June 3, 1940. The motions for leave to file petitions for rehearing in these cases are denied. 308 U. S. 551, 562, 613.

No. 929, October Term, 1938. First National Bank of Chicago *v.* United States; and
No. 854. Moon *v.* Union Central Life Insurance Co. et al. June 3, 1940. The motions for leave to file second petitions for rehearing in these cases are denied. 308 U. S. 633; *supra,* this page.

No. 346. United States *v.* Socony-Vacuum Oil Co. et al.; and
No. 347. Socony-Vacuum Oil Co. et al. *v.* United States. June 3, 1940. The petitions for rehearing in these cases are denied. The Chief Justice and Mr. Justice Murphy took no part in the consideration and decision of these applications. *Ante,* p. 150.

No. 329. Russell et al. *v.* Todd et al. June 3, 1940. 309 U. S. 280,